AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 1:08-mj-00463-UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARK BRENER

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/14/2008 | *signature* |
| Date | Signature |
| | MURRAY RICHMAN — MR1005 |
| | Print Name / Bar Number |

2027 WILLIAMSBRIDGE ROAD
Address

BRONX        NY        10461
City         State     Zip Code

(718) 892-8588        (718) 518-0674
Phone Number          Fax Number