☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

      -v-                                        :       **NOTICE OF INTENT**
                                                         **TO FILE AN INFORMATION**

MARK BRENER,                              :
    a/k/a "Michael,"                         :       08 Mag. 463

              Defendant.          :

- - - - - - - - - - - - - - - - **08 CRIM 533**

      Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
         April 29, 2008

                   MICHAEL J. GARCIA
                   United States Attorney

        By:   _____
              DANIEL L. STEIN
              Assistant United States Attorney

            AGREED AND CONSENTED TO:

        By:   _Murray Richman / DS_
              MURRAY RICHMAN, ESQ.
              Attorney for Mark Brener

4/30/08  WHEEL A