UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -

MARK BRENER,
    a/k/a "Michael,"

        Defendant.

- - - - - - - - - - - - - - - - x

WAIVER OF INDICTMENT

08 CRIM 538

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 371 and Title 18, United States Code, Section 1956(h), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
       June 12, 2008

JUDGE SPRIZZO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 12 2008

0202